UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 00076
   JAMES HERNANDEZ
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-7650
```

---
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

    1.   The case was filed on 01/02/04 and confirmed on 03/17/04.

    2.   The plan is paid in full.

    3.   The Debtor paid a total of $ 14725.00 .

    4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CFG CREDIT LP | SECURED | 300.00 | 28.18 | 300.00 |
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | 7500.00 | .00 | 7500.00 |
| SNAP ON CREDIT | SECURED | 1000.00 | 90.39 | 1000.00 |
| CFG ACCEPTANCE LLC | UNSECURED | NOT FILED | .00 | .00 |
| CITIZENS FIRST NATIONAL | UNSECURED | 10009.82 | .00 | 1473.83 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| MAX FLOW CORP | UNSECURED | NOT FILED | .00 | .00 |
| MCI WORLDCOM | UNSECURED | NOT FILED | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SNAP ON CREDIT | UNSECURED | 6281.52 | .00 | 924.88 |
| STEVEN PLATO TROY | UNSECURED | 3769.55 | .00 | 555.02 |
| SNAP ON CREDIT | UNSECURED | 1333.33 | .00 | 196.32 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8800.00 | .00 | 21394.22 | .00 | 30194.22 |
| PRINCIPAL PAID | 8800.00 | .00 | 3150.05 | .00 | 11950.05 |
| INTEREST PAID | 118.57 | .00 | .00 | .00 | 118.57 |
| TOTAL PAID | 8918.57 | .00 | 3150.05 | .00 | 12068.62 |

The Debtor's attorney, SCHOTTLER & ZUKOSKY          , was allowed $   2200.00 and was paid $   200.00  direct and $   2000.00  through the plan.

The Trustee received $   631.38 .

Refunds to the Debtor totaled $   25.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability

in this case.

Dated: 07/17/08                              /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE